**PUTNEY, TWOMBLY, HALL & HIRSON LLP**
120 Wood Avenue South, Suite 600
Iselin, New Jersey 08830
(732) 632-2505
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------x
                                                          : Via ECF
**TRAVELERS PROPERTY CASUALTY**                           :
**COMPANY OF AMERICA,**                                   :
                                                          : **ORDER**
                      Plaintiff,                          :
                                                          : Case No. 07-5522 (SDW)
            - against -                                   :
                                                          :
**PACKAGING SYSTEMS LLC,**                                :
                                                          :
                      Defendant.                          :
----------------------------------------------------------x

Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (hereinafter "Travelers"), having duly moved for an Order for Judgment on a Settlement Agreement,

NOW, upon reading the Notice of Motion dated February 19, 2009 with due proof of service thereof and the Declaration of Thomas A. Martin, Esq. dated February 19, 2009 in support of that motion together with the Exhibits annexed thereto and no opposition to the motion having been filed, and due deliberation having been had, upon the motion of Putney, Twombly, Hall & Hirson LLP, attorneys for plaintiff TRAVELERS, it is

ORDERED that the motion is granted, and it is further

ORDERED that TRAVELERS shall have judgment against defendant

PACKAGING SYSTEMS LLC in the amount of $65,000.00 plus interest from November 1, 2008 together with the attorney's fees and expenses of this motion.

**SO ORDERED**

_____
SUSAN D. WIGENTON, U.S.D.C.J.

March 16, 2009